New York Connecting Railroad Company, Respondent-Appellant, **v.** Queens Used Auto Parts, Inc., Appellant-Respondent.— Action to recover possession of real property in Queens County, which is part of a tract over which the plaintiff, by condemnation proceedings, acquired a perpetual easement for railroad purposes. Plaintiff had judgment that it was entitled to the immediate possession of the property. Defendant appealed therefrom on the ground, *inter alia,* that there had been an abandonment of the property by the plaintiff; and plaintiff appealed from so much of the judgment as failed to award damages. Judgment modified on the law and the facts by inserting a decretal paragraph awarding plaintiff damages in the sum of $5,985, with interest. As thus modified, the judgment, insofar as appealed from, is unanimously affirmed, with costs to respondent-appellant. There was no abandonment by plaintiff established in respect of the parcel of property here involved. (*Kip* v. *New York Central Railroad Co.*, 140 Misc. 62, affd. 236 App. Div. 654, affd. 260 N. Y. 692, motion for reargument denied 261 N. Y. 554, certiorari denied 290 U. S. 636; *Kouwenhoven* v. *New York Rapid Transit Corp.*, 256 App. Div. 253, affd. 281 N. Y. 811, motion for reargument denied 282 N. Y. 593; *Roby* v. *New York Central & H. R. R. R. Co.*, 142 N. Y. 176, 181; 44 Am. Jur., Railroads, § 131.) The defendant unlawfully occupied the premises and obtained rental from a portion thereof. The unchallenged proof of admissions in respect of rental

value of the property furnishes a basis for computation and assessment of damages even though proof of a larger measure of damages might well have been adduced by recourse to conventional proof from a real estate expert. The proof is sufficient to require an assessment to the extent of $5,985. (Civ. Prac. Act, §§ 990, 1011; *Willis* v. *McKinnon,* 178 N. Y. 451; *Vandevoort* v. *Gould,* 36 N. Y. 639.) Present — Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ. Settle order on notice. [See *post*, p. 973.]